UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES CRAFT ET AL** | **CIVIL ACTION NO. 6:22-cv-05899** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MAX ACCESS L L C ET AL** | **MAG. JUDGE CAROL B. WHITEHURST** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc No. 116] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Partial Motion to Dismiss [Doc. No. 96] filed by Defendant Max Access, LLC is **DENIED.**

**MONROE, LOUISIANA,** this the 27th day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE